**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000010
24-JUN-2026
08:01 AM
Dkt. 61 ORD**

NO. CAAP-26-0000010

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

C.M., Petitioner-Appellee/Cross-Appellant,
v.
A.D., Respondent-Appellant/Cross-Appellee,
and
CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAIʻI,
Respondent-Appellee.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CASE NO. 3FPA-23-0000110)

ORDER DISMISSING CROSS-APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Petitioner-Appellee/Cross-Appellant C.M. (**C.M.**) filed the notice of cross-appeal.

(2) On April 30, 2026, the appellate clerk entered a "Notice of Non-Payment," which informed C.M. that upon submission of the notice of appeal C.M. did not pay the filing fees or request a fee waiver by filing a motion for leave to proceed on appeal *in forma pauperis*, C.M. must submit full payment of the filing fees by May 11, 2026, and C.M's failure to

pay the filing fees or file a motion for leave to proceed on appeal *in forma pauperis* by this date would be brought to the court's attention for action that may include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rule 3(a).

(3)  C.M. has not paid the appellate filing fees or obtained an order allowing C.M. to proceed *in forma pauperis*. C.M. has not taken any further action in the cross-appeal.

Therefore, IT IS HEREBY ORDERED that the cross-appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 24, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge